```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant                    OK/HAV
    MATTHEW WALLACE SCHACHTER
 7    aka ROBERT LEWIS BROWN

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  NO. CR-S-05-59 DFL
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND [PROPOSED] ORDER
14       v.                         )  CONTINUING MOTION HEARING/STATUS
                                    )  CONFERENCE
15  MATTHEW WALLACE SCHACHTER,      )
         aka Robert Lewis Brown,    )
16       aka Matthew Rollins; and   )  Date: July 7, 2005
    LLOYD THOMPSON                  )  Time: 10:00 a.m.
17                                  )  Judge: David F. Levi
                Defendants.         )
18  _____)

19
```

20    The United States of America through Robin R. Taylor, Assistant
21 United States Attorney; Lloyd Thompson, by and through his counsel,
22 Dwight M. Samuel; and Matthew Schachter, by and through his counsel,
23 Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the
24 motion hearing and status conference hearing date of May 19, 2005 and
25 continue the matter for further status conference on July 7, 2005.
26    Arraignment on the Superseding Indictment is set for May 26, 2005.
27 Mr. Schachter's replies to the current motions due May 12, 2005 may be
28 filed by May 27, 2005.

IT IS STIPULATED that the period from May 19, 2005 through and including July 7, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel, and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: May 17, 2005           Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender

                              /s/ Matthew C. Bockmon
                              _____
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender
                              Attorney for Defendant
                              MATTHEW WALLACE SCHACHTER
                                 aka Robert Lewis Brown


                              /s/ Matthew C. Bockmon for
                              _____
                              DWIGHT M. SAMUEL
                              Attorney for Defendant
                              LLOYD THOMPSON
                              per telephonic authorization

Dated:  May 20, 2005

                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Matthew C. Bockmon for
                              _____
                              ROBIN TAYLOR
                              Assistant U.S. Attorney
                              per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 19, 2005           /s/ David  F. Levi
                              DAVID F. LEVI
                              U.S. District Court