```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    MATTHEW WALLACE SCHACHTER
 7    aka ROBERT LEWIS BROWN

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  NO. CR-S-05-59 DFL
                                    )
13                Plaintiff,        )
                                    )  STIPULATION AND [PROPOSED] ORDER
14       v.                         )  CONTINUING MOTION HEARING/STATUS
                                    )  CONFERENCE
15  MATTHEW WALLACE SCHACHTER,      )
         aka Robert Lewis Brown,    )
16       aka Matthew Rollins; and   )  Date: September 15, 2005
    LLOYD THOMPSON                  )  Time: 10:00 a.m.
17                                  )  Judge: David F. Levi
                 Defendants.        )
18  _____ )

19
```

20      The United States of America through Robin R. Taylor, Assistant

21 United States Attorney; Lloyd Thompson, by and through his counsel,

22 Dwight M. Samuel; and Matthew Schachter, by and through his counsel,

23 Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the

24 motion hearing and status conference hearing date of July 25, 2005 and

25 continue the matter for further status conference on September 15,

26 2005, at 10:00 a.m..

27      Mr. Schachter has been transferred from the Sacramento County Mail

28 Jail to the San Joaquin Hospital.  He has had to undergo one surgery

1 and is scheduled for an additional surgery this week.  The results of a
2 biopsy were received this week and confirm that he has lymphatic
3 cancer.  Preliminary reports from his physician indicate that he will
4 have to undergo a tracheotomy as well as extensive chemo-therapy.  His
5 physical condition currently makes it impossible for him to communicate
6 with his attorneys or assist in his defense.

7   In light of the above-facts, the parties, through their respective
8 attorneys hereby stipulate to continue the status conference/motions
9 hearing in this case until September 15, 2005, at 10:00 a.m.  IT IS
10 FURTHER STIPULATED that the period from July 25, 2005 through and
11 including September 15, 2005 be excluded in computing the time within
12 which trial must commence under the Speedy Trial Act, pursuant to 18
13 U.S.C. § 3161(h)(4) and Local Code N as Mr. Schachter is physically
14 unable to stand trial.

15 Dated: July 27, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MATTHEW WALLACE SCHACHTER
    aka Robert Lewis Brown


/s/ Matthew C. Bockmon for
_____
DWIGHT M. SAMUEL
Attorney for Defendant
LLOYD THOMPSON
per telephonic authorization

26 ///
27 ///
28 ///

Stipulation/Order/CR-S-05-59-DFL          2

1  Dated:  July 27, 2005
2                                          MCGREGOR W. SCOTT
                                           United States Attorney
3
                                           /s/ Matthew C. Bockmon for
4                                          _____
                                           ROBIN TAYLOR
5                                          Assistant U.S. Attorney
                                           per telephonic authority
6
7                          **O R D E R**
8  IT IS SO ORDERED.
                                           /s/ David F. Levi
9  Dated: July 27, 2005
                                           _____
                                           DAVID F. LEVI
10                                         United States District Court