1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700          **OK/HAV**

6  Attorney for Defendant
   MATTHEW WALLACE SCHACHTER
7    aka ROBERT LEWIS BROWN

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) NO. CR-S-05-59 DFL
                                    )
13                Plaintiff,        )
                                    ) STIPULATION AND [PROPOSED] ORDER
14      v.                          ) CONTINUING MOTION HEARING/STATUS
                                    ) CONFERENCE
15 MATTHEW WALLACE SCHACHTER,       )
        aka Robert Lewis Brown,     )
16      aka Matthew Rollins; and    ) Date:  October 20, 2005
   LLOYD THOMPSON                   ) Time:  10:00 a.m.
17                                  ) Judge: David F. Levi
                  Defendants.       )
18 _____  )

19

20      The United States of America through Robin R. Taylor, Assistant

21 United States Attorney; Lloyd Thompson, by and through his counsel,

22 Dwight M. Samuel; and Matthew Schachter, by and through his counsel,

23 Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the

24 motion hearing/status conference hearing date of September 15, 2005 and

25 continue the matter for further motion hearing/status conference on

26 October 20, 2005, at 10:00 a.m..

27      Matthew Schachter remains hospitalized at the San Joaquin

28 Hospital. He has been diagnosed with B cell lymphona.  It has not

1  spread to his spine or his brain and according to U.C. Davis oncologist
2  Wellbourne, it is treatable with chemotherapy.  Mr. Schachter's first
3  cycle of chemotherapy was begun recently.  It is anticipated that he
4  will continue such treatments for approximately 6 months.  He has had
5  one testical removed.  He has had a tracheotomy.  He is on a ventilator
6  at this time and is very weak and unable to breath on his own.  He has
7  a large tumor in his abdomen and a clot in one leg.  His kidney
8  function is not normal, but it unclear whether it is diseased or not.
9  Although he is alert and awake, he cannot communicate as he cannot talk
10 and is too weak to write.  He is being sedated for pain.
11     Additionally, Dwight Samuel, co-counsel for Lloyd Thompson, is in
12 a murder trial and unavailable.
13     In light of the above-facts, the parties, through their respective
14 attorneys hereby stipulate to continue the status conference/motions
15 hearing in this case until October 20, 2005, at 10:00 a.m.
16     IT IS FURTHER STIPULATED that the period from September 15, 2005
17 through and including October 20, 2005 be excluded in computing the
18 time within which trial must commence under the Speedy Trial Act,
19 pursuant to 18 U.S.C. § 3161(h)(4) and Local Code N as Mr. Schachter is
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Stipulation/Order/CR-S-05-59-DFL            2

1  physically unable to stand trial.

2  Dated: September 14, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender

5                                          /s/ Matthew C. Bockmon

6                                          _____
                                           MATTHEW C. BOCKMON
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          MATTHEW WALLACE SCHACHTER
                                              aka Robert Lewis Brown
9

10                                         /s/ Matthew C. Bockmon for

11                                         _____
                                           DWIGHT M. SAMUEL
                                           Attorney for Defendant
12                                         LLOYD THOMPSON
                                           per telephonic authorization
13

14  Dated:  September 14, 2005

15                                         MCGREGOR W. SCOTT
                                           United States Attorney
16
                                           /s/ Matthew C. Bockmon for
17
                                           _____
                                           ROBIN TAYLOR
18                                         Assistant U.S. Attorney
                                           per telephonic authority
19

20                                **O R D E R**

21  IT IS SO ORDERED.

22  Dated: September 15, 2005

23

24

25                                         _____
                                           DAVID F. LEVI
26                                         United States District Judge

27

28

Stipulation/Order/CR-S-05-59-DFL          3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28