```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 551-2700
 5
 6
 7              UNITED STATES DISTRICT COURT
 8            THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,  )
                               )  CR. No. S-05-059 DFL
11        Plaintiff,           )
                               )  APPLICATION TO DISMISS
12                             )  INDICTMENT; ORDER
        v.                     )  DISMISSING INDICTMENT
13                             )
                               )
14  MATTHEW SCHACHTER,         )
        aka Robert L. Brown,   )
15                             )
            Defendant.         )
16  _____)
```

17          Plaintiff, The United States of America, by and through
18  its undersigned attorney, hereby applies to the Court, pursuant
19  to Rule 48(a) of the <u>Federal Rules of Criminal Procedure</u>, for
20  leave to dismiss the Indictment in this case against defendant
21  Matthew Schachter, aka Robert L. Brown.  The government moves to
22  dismiss on the ground that defendant Schachter is now deceased.

23  Dated: November 21, 2005         McGREGOR W. SCOTT
                                     United States Attorney
24
25                                   By:/s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
26                                      Assistant U.S. Attorney
27
28

                             1

<u>O R D E R</u>

Upon Application of the United States and good cause appearing therefor;

IT IS HEREBY ORDERED that the Indictment against defendant Matthew Schachter, aka Robert Brown, in the above-captioned case is dismissed.

DATED: 11/21/2005

_____
DAVID F. LEVI
United States District Judge