1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              CIV. NO. S-05-149 WBS-KJM

10            Plaintiff,

11            v.

12  APPROXIMATELY $1,200,000.00 IN
    U.S. CURRENCY SEIZED FROM FIRST
13  CALIFORNIA BANK ACCT. NO.
    2005638,
14
    APPROXIMATELY $225,958.84 IN
15  U.S. CURRENCY SEIZED FROM BANK
    OF AMERICA ACCT. NO. 004653665607,
16  and

17  APPROXIMATELY $177,695.11 IN
    FUNDS CONNECTED TO A TRANSFER TO
18  THE UNITED STATES OF AMERICA FROM
    BULLIVANT HOUSER BAILY,
19
            Defendants.
20  ─────────────────────────────/        RELATED CASE ORDER

21  UNITED STATES OF AMERICA,              CR. NO. S-05-59 DFL

22            Plaintiff,

23            v.

24  MATTHEW WALLACE SCHACHTER,
    aka Robert Lewis Brown,
25  aka Matthew Rollins,

26            Defendants.
    ────────────────────────────/

1       Examination of the above-entitled actions reveals that

2   these action are related within the meaning of Local Rule 83-

3   123, (E.D. Cal. 2005).

4       The parties should be aware that relating the cases under

5   Local Rule 123 merely has the result that both actions are

6   assigned to the same judge; no consolidation of the actions is

7   effected.  Under the regular practice of this court, related

8   cases are generally assigned to the judge to whom the first

9   filed action was assigned.

10       IT IS THEREFORE ORDERED that the action denominated Civ.

11  No. S-05-149 WBS-KJM is reassigned to Judge David F. Levi for

12  all further proceedings.  Henceforth the caption on all

13  documents filed in the reassigned case shall be shown as Civ.

14  No. S-05-149 DFL-KJM.

15       IT IS FURTHER ORDERED that the Clerk of the Court make

16  appropriate adjustment in the assignment of civil cases to

17  compensate for this reassignment.

18  DATED: 12/6/05

19

20                              /s/ David F. Levi
                                DAVID F. LEVI
21                              United States District Judge

22

23

24

25

26

                                2